IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN - 3 2015
CARMELITA REEDER
U.S. DIST. COURT, WEST. DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| JASON DINWIDDIE, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) SUZUKI MOTOR OF AMERICA, INC., ) ) Defendant. ) | No. CIV-14-1127-W |

## JUDGMENT

Pursuant to the Court's Order [Doc. 30] issued on May 27, 2015, and in accordance with Rule 58(a), F.R.Civ.P., the Court DISMISSES this action.

DATED and ENTERED this 3rd day of June, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE