FILED
United States Court of Appeals
Tenth Circuit

August 6, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JASON DINWIDDIE, individually and on behalf of all others similarly situated, | |
| Plaintiff - Appellant, | |
| v. | No. 15-6122 (D.C. No. 5:14-CV-01127-W) (W.D. Okla.) |
| SUZUKI MOTOR OF AMERICA, INC., a foreign corporation, | |
| Defendant - Appellee. | |

_____

## ORDER
_____

The stipulation filed by the parties to dismiss the captioned appeal is granted.

Each party shall bear its own costs.

A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk