**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 6, 2015 | Chris Wolpert<br>Chief Deputy Clerk |

Ms. Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Mr. Michael Avery
Mr. Patrick L. Stein
McAfee & Taft
211 North Robinson Avenue, 10th Floor
Oklahoma City, OK 73102

Mr. Thomas Alcade Casey Jr.
Mr. Michael C. Drew
Jones Walker LLP
201 St. Charles Avenue
50th Floor
New Orleans, LA 70170-5100

Mr. Reid Robison
McAfee & Taft
1717 South Boulder, Suite 900
Tulsa, OK 74119

Mr. Blake Sonne
Sonne Law Firm, PLC
P.O. Box 667
Norman, OK 73070

**RE:**     **15-6122, Dinwiddie v. Suzuki Motor of America**
          Dist/Ag docket: 5:14-CV-01127-W

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

                Sincerely,

                Elisabeth A. Shumaker
                Clerk of the Court

EAS/sls